IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-185-DCK

| | |
|---|---|
| **KENNETH TIDWELL and TIMOTHY TIDWELL,** ) ) ) **Plaintiffs,** ) ) v. ) **ORDER** ) **TBMM, LLC,** ) ) **Defendant.** ) ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the settlement of this case. Defendant filed a "Notice Of Settlement" (Document No. 16) on May 20, 2011, notifying the Court that the parties reached a "settlement in principal" several months ago. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **June 20, 2011**.

**SO ORDERED**.

Signed: May 20, 2011

David C. Keesler
United States Magistrate Judge